UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-49315 |
| LLC 1 07CH12487, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING RULE 2004 EXAMINATION OF JOSEPH VARAN

This matter coming before the Court pursuant to the U.S. Trustee's Routine Motion for 2004 Examination of Joseph Varan, the matter having been duly noticed and good cause appearing;

IT IS ORDERED that the U.S. Trustee may conduct discovery of Joseph Varan under Fed. R. Bankr. P. 2004.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 08, 2014

**Prepared by:**

Jeffrey S. Snell, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn Street, Room 873
Chicago, Illinois  60604
(312) 886-0890