**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-49315 |
| LLC107CH12487 | ) | |
| | ) | Bankruptcy Judge |
| | ) | Timothy A. Barnes |
| *Debtor.* | ) | |

**NOTICE OF ROUTINE MOTION UNDER FRBP 2004
FOR AN ORDER AUTHORIZING LIMITED DISCOVERY
OF THE UNITED STATES TRUSTEE**

PLEASE TAKE NOTICE that Kirk Etter, a creditor in the above-captioned case, through his undersigned counsel, shall present his motion under Federal Rule of Bankruptcy Procedure 2004 to take limited discovery of the United States Trustee a true and correct copy of which is enclosed herewith (the "Motion") before the Honorable Timothy A. Barnes, United States Bankruptcy Judge, in his courtroom, room 613, at 219 South Dearborn, Chicago, Illinois on February 24, 2015, at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that the Motion is presented as a routine motion under Local Rule of Bankruptcy Procedure 9013-9 and may be entered without a hearing if no party objects.

Dated: February 14, 2015
Chicago, Illinois

Respectfully submitted,
B. LANE HASLER, P.C.

/s/ *B. Lane Hasler*

B. Lane Hasler, P.C.
1016 West Jackson Street, Suite 100
Chicago, IL 60607
(312) 893-0551

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Kirk Etter, certifies that on February 14, 2015, he caused the foregoing Notice of Motion, together with the Motion referred to therein to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ B. Lane Hasler

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-49315 |
| LLC107CH12487 | ) | |
| | ) | Bankruptcy Judge |
| | ) | Timothy A. Barnes |
| Debtor. | ) | |

**ROUTINE MOTION UNDER FRBP 2004
FOR AN ORDER AUTHORIZING LIMITED DISCOVERY
OF THE UNITED STATES TRUSTEE**

Kirk Etter ("Etter"), a creditor in the above-captioned chapter 7 case, through his undersigned counsel, hereby moves for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("FRBP") authorizing him to issue limited discovery to the United States Trustee seeking one document, a transcript of a Rule 2004 examination of the corporate representative of LLC107CH12487 (the "Debtor") taken by the Office of the United States Trustee. This Motion is presented as a routine motion under Local Rule of Bankruptcy Procedure 9013-9. Gamer respectfully represents:

Case Background

1. On December 31, 2013, the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. Neville Reid was appointed chapter 7 trustee.

3. Etter is a creditor in this bankruptcy case.

Page | 1

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-49315 |
| LLC107CH12487 | ) | |
| | ) | Bankruptcy Judge |
| | ) | Timothy A. Barnes |
| Debtor. | ) | |

**NOTICE OF ROUTINE MOTION UNDER FRBP 2004
FOR AN ORDER AUTHORIZING LIMITED DISCOVERY
OF THE UNITED STATES TRUSTEE**

Kirk Etter ("Etter"), a creditor in the above-captioned chapter 7 case, through his undersigned counsel, hereby moves for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("FRBP") authorizing him to issue limited discovery to the United States Trustee seeking one document, a transcript of a Rule 2004 examination of the corporate representative of LLC107CH12487 (the "Debtor") taken by the Office of the United States Trustee. This Motion is presented as a routine motion under Local Rule of Bankruptcy Procedure 9013-9. Gamer respectfully represents:

### Case Background

1. On December 31, 2013, the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. Neville Reid was appointed chapter 7 trustee.

3. Etter is a creditor in this bankruptcy case.

Page | 1

## Jurisdiction and Venue

4. This Court has jurisdiction over the instant motion pursuant to sections 157 and 1334 of the Code and the "Standing Order of Referral of Cases to Bankruptcy Judges" entered by the United States District Court for the Northern District of Illinois.

5. Venue is proper before this Court based on the Debtor's representations in the Petition that he is domiciled in the Northern District of Illinois.

6. The statutory predicate for the relief requested is FRBP 2004.

## Relief Requested

7. Etter requests the authority to issue limited discovery to the United States Trustee.

## Reasons For The Relief Requested

8. The Office of the United States Trustee took a Rule 2004 examination of Joseph Varan, the Debtor's corporate representative.

9. Etter asked for a copy of the transcript of that Rule 2004 examination (the "Varan 2004 Transcript"), but counsel with the Office of the United States Trustee asserted it could not be released without an order of the Court

10. Etter has therefore filed this motion seeking an order authorizing it to obtain a copy of the Varan 2004 Transcript in order to potentially avoid having to take a duplicative Rule 2004 examination.

## Routine Motion Request

10. The Motion is presented as a routine motion under Local Rule of Bankruptcy Procedure 9013-9 and may be entered without a hearing if no party objects

WHEREFORE, Etter moves this Court for an order authorizing him to issue limited discovery to the United States Trustee and to grant such other and further relief as may be just and proper.

Dated: February 14, 2014
       Chicago, Illinois

                                    Respectfully submitted,

                                    KIRK ETTER

                                    By:    /s/ B. Lane Hasler
                                    B. Lane Hasler, Esq.
                                    One of His Attorneys

                                    B. Lane Hasler PC
                                    1016 West Jackson, Suite 100
                                    Chicago, Illinois  60607
                                    (312) 984-6943