**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Honorable** | Timothy A. Barnes | **Hearing Date** February 24, 2015 |
| **Bankruptcy Case No.** | 13 B 49315 | **Adversary No.** |
| **Title of Case** | LLC 1 07CH12487 | |

**Brief Statement of Motion**
Kirk Etter's Routine Motion Under FRBP 2004 For An Order Authorizing Limited Discovery Of The United States Trustee

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated in open court, motion is denied without prejudice.