UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 13bk49315 |
| | ) | |
| LLC 1 07CH12487, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO BRUCE DE'MEDICI AND DE'MEDICI LAW, ATTORNEYS FOR THE
CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED:   $ 166,145.00   TOTAL COSTS REQUESTED:   $ 0.00
TOTAL FEES REDUCED:   $ 6,270.00   TOTAL COSTS REDUCED:   $ 0.00
TOTAL FEES ALLOWED:   $ 159,875.00   TOTAL COSTS ALLOWED:   $ 0.00

TOTAL FEES AND COSTS ALLOWED: $ 159,875.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    Unreasonable Time – TOTAL of disallowed amounts: $ 2,805.00

The Court denies the allowance in part of compensation for the indicated tasks since the professional expended an unreasonable amount of time on the tasks in light of the nature of the tasks. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

The court has identified the following time entries in which Bruce de'Medici and de'Medici Law (the "Applicant") appeared in court but the time billed exceeds the actual amount of time spent at the hearing on a particular matter.

| Date of Hearing: | Hours Billed | Actual Hours Spent at Hearing |
|---|---|---|
| June 22, 2020 | 1.4 | 0.5 |
| July 27, 2020 | 1.3 | 0.6 |
| September 14, 2020 | 1.2 | 0.4 |
| October 5, 2020 | 2.9 | 0.2 |

The hearings noted were all conducted either telephonically or electronically via Zoom.  The ability to appear remotely at hearings has for attorneys removed an unnecessary waiting period.  In other words, an attorney does not have to sit and wait in court for their matter to be called.  An attorney has the ability to sit in their home or office, remain on mute with their camera off and wait for their matter to be called.  The Applicant is encouraged to find productive use of their time between the time the Applicant joins the hearing and the time their matter is called.  Therefore, the time entries will be reduced to reflect the actual time spent at the hearing on a particular matter absent a sufficient explanation of why the Applicant was unable to work on other matters.

(2)      Computational or Typographical Error – TOTAL of disallowed amounts: $ 3,465.00

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error.  The time entry on August 15, 2020, reflects 7 hours billed for edits on a motion that the Applicant had already spent several hours researching, drafting and editing.  Therefore, this time entry will be reduced to reflect the amount likely sought.

Dated: December 6, 2023.

_____
Timothy A. Barnes
Judge, United States Bankruptcy Court

## Fee Breakdown

| CATEGORY | HOURS |
|---|---|
| Asset Protection | 49.4 |
| Asset Recovery | 113.7 |
| Post-Petition Transfer | 97.7 |
| Realty Sale | 46.3 |
| Employment of Broker | 2.4 |
| Fee Application | 1.7 |
| **TOTAL** | **311.2** |

| CATEGORY | FEES |
|---|---|
| Asset Protection | 25,165.00 |
| Asset Recovery | 60,050.00 |
| Post-Petition Transfer | 49,725.00 |
| Realty Sale | 28,780.00 |
| Employment of Broker | 1,320.00 |
| Fee Application | 1,105.00 |
| **TOTAL** | **166,145.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 13-49315 |
| | ) | |
| LLC 1 07CH12487, | ) | Hon. Timothy A. Barnes |
| | ) | Chapter 7 |
| Debtor. | ) | Hearing Date: 12/6/23 |
| | | at 9:00 a.m. |

## COVER SHEET
## APPLICATION FOR COMPENSATION/COSTS
## 28 C.F.R. Part 58, Appendix A

| | |
|---|---|
| APPLICANT | Bruce de'Medici |
| CLIENT | N. Neville Reid/trustee |
| TOTAL COMPENSATION SOUGHT THIS PERIOD | $166,145.00 |
| TOTAL EXPENSES SOUGHT THIS PERIOD | -0- |
| TOTAL COMPENSATION APPROVED BY PRIOR ORDERS | $72,422.50 |
| TOTAL EXPENSES APPROVED BY PRIOR ORDERS | $194.66 |
| TOTAL ALLOWED COMPENSATION PAID TO DATE | $72,422.50 |
| TOTAL ALLOWED EXPENSES PAID TO DATE | $194.66 |
| PROFESSIONALS INCLUDED IN THIS APPLICATION | Bruce de'Medici |
| HOURLY RATE | DATE OF ADMISSION TO ILLINOIS | $500/$650 | 1983 |
| TOTAL HOURS BILLED | 311.2 |

# Exhibit A

### Bruce de'Medici
### 318 West Adams Street
### Suite 1600
### Chicago, Illinois 60606

**10/8/23**                                    **Billing**
**Reid/Trustee  LLC 1**
**General / Asset Protection**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 10/3/18 | Review Memorandum Opinion/remand from District Court | 0.8 | $500 | $400.00 |
| 10/3/18 | Memorandum to Mr. Reid on likely steps by Bankruptcy Court to address the remand | 0.1 | $500 | $50.00 |
| 10/5/18 | t/c w/ Mr. Hasler to discuss next steps in the case to address the remand, the multitude of lawsuits filed against Mr. Kurzac and Mr. Varan, and the debtor's failure to comply with the turnover | 0.3 | $500 | $150.00 |
| 10/7/18 | Outline of pending tasks in the case and prospective action by the Bankruptcy Court in light of the remand and protecting the estate in the remand | 0.4 | $500 | $200.00 |
| 3/7/19 | t/c w/ Lane Hasler to discuss the hearing on his motions and strategy for next steps in the case | 0.2 | $500 | $100.00 |
| 3/8/19 | Review J. Barnes order for rule to show cause | 0.6 | $500 | $300.00 |
| 3/8/19 | Analysis for determining next steps in light of J. Barnes order for rule to show cause | 0.5 | $500 | $250.00 |
| 3/8/19 | t/c w/ Lane Hasler to review the order for rule to show cause and discussion of points to raise in any response | 0.5 | $500 | $250.00 |
| 3/19/19 | t/c with Mr Hasler to review J. Barnes' order for show cause and how it addresses the District Court remand | 0.1 | $500 | $50.00 |
| 3/20/19 | t/c w/ Mr. Hasler to further discuss responding to J. Barnes show cause | 0.1 | $500 | $50.00 |
| 3/22/19 | t/c with Mr Hasler to compare analyses for responding to rule to show cause | 0.1 | $500 | $50.00 |

LLC General

1

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/29/29 | Study the directions from District Court remand opinion and Bankruptcy Court's Order to Show Cause, outline the disparate directions from them, diagram outline of the response to prepare on behalf of the Trustee | 1.4 | $500 | $700.00 |
| 3/29/19 | Research standards for dismissal under 11 USC §305 for newer opinions and caselaw from outside Northern Illinois following same cases cited by North IL courts to determine consistency in standards | 2.8 | $500 | $1,400.00 |
| 3/29/19 | Review Village of Maywood new motion to modify the stay | 0.4 | $500 | $200.00 |
| 3/30/19 | Beginning draft of response to the Order to Show Cause | 2.4 | $500 | $1,200.00 |
| 3/31/19 | Further research on new caselaw developments for dismissal of chapter 7 case | 3.1 | $500 | $1,550.00 |
| 4/1/19 | Further research standards for dismissal under 11 U.S.C. §707 | 6.5 | $500 | $3,250.00 |
| 4/1/19 | Memorandum to Ms. Silver to review the issue of dismissal of the case and policy issues | 0.1 | $500 | $50.00 |
| 4/1/19 | t/c w/ Lane Hasler to discuss the issue of whether the case is dismissed and impact upon his client | 0.1 | $500 | $50.00 |
| 4/2/19 | Further edits to response to Order to Show Cause | 2.1 | $500 | $1,050.00 |
| 4/3/19 | Review Kirk Etter response to Order to Show Cause | 0.5 | $500 | $250.00 |
| 4/8/19 | Memorandum to counsel for Maywood to outline error in its first order to modify the automatic stay and confirm purpose of the second motion to modify the stay | 0.4 | $500 | $200.00 |
| 4/8/19 | Memorandum to Mr. Reid to update him on the second Maywood motion to modify stay and history of the sale of delinquent property taxes on the two properties and petition for tax deed arising from sale of delinquent property taxes | 0.4 | $500 | $200.00 |
| 6/5/19 | Court - hearing on Mr. Etter's motions to compel and for sanctions and case status and Maywood modification of stay | 0.8 | $500 | $400.00 |
| 7/17/19 | View debtor's property and new tenant on premises | 0.2 | $500 | $100.00 |

LLC General

| 7/18/19 | Research corporate status of Smiley Auto Group to confirm LLC office and managers | 0.4 | $500 | $200.00 |
|---|---|---|---|---|
| 7/18/19 | Prepare correspondence to Smiley Auto Group to inform them of the pending bankruptcy and requirement to pay rent to Mr. Reid as trustee | 0.7 | $500 | $350.00 |
| 7/18/19 | Meeting with "Bob Smiley" of Smiley Auto Group inform him of the pending bankruptcy and requirement to pay rent to Mr. Reid as trustee and lack of capacity of Mr. Kurzac to let the premises or receive rent | 0.9 | $500 | $450.00 |
| 7/18/19 | Memorandum to Mr. Reid to summarize and update him on my meeting with "Mr. Smiley" and plan of action | 0.7 | $500 | $350.00 |
| 7/18/19 | Call to Ms. Silver to update her on Mr. Kurzac letting the premises | 0.1 | $500 | $50.00 |
| 7/20/19 | Prepare motion for leave to conduct BR 2004 examination upon Smiley Auto Group | 0.9 | $500 | $450.00 |
| 7/20/19 | Memorandum to Mr. Reid to update him on new address search for Mr. Kurzac's home address | 0.2 | $500 | $100.00 |
| 7/23/19 | t/c w/ Lane Hasler to update him on developments with the tenant and outstanding discovery issues issued to the debtor | 0.4 | $500 | $200.00 |
| 7/23/19 | Memorandum to Mr. Reid to update on the rescheduled case status and lack of response to motion for BR 2004 exam of the new tenant | 0.1 | $500 | $50.00 |
| 7/24/19 | Court on motion for BR 2004 exam of Smiley Auto Group | 0.8 | $500 | $400.00 |
| 7/24/19 | Memoranda to Mr. Reid to update on outcome of hearing on motion for BR 2004 exam | 0.1 | $500 | $50.00 |
| 7/25/19 | Outline of tasks to execute to protect interest of the estate in the 315 W Roosevelt property and collection of rent from the existing tenant | 1.6 | $500 | $800.00 |

LLC General

| | | | | |
|---|---|---|---|---|
| 7/25/19 | Review online records of the Cook County Assessor, Recorder of Deeds, and Chancery Division to search for any pending actions on any tax deed as to 315 W. Roosevelt and to both trace title history and transfers for 315 W Roosevelt property | 1.3 | $500 | $650.00 |
| 9/18/19 | Court -status on the Bankruptcy Court's issuance of order on the dismissal remand | 0.6 | $500 | $300.00 |
| 10/1/19 | Review Court's Memorandum Decision on motion for abstention/dismissal | 1.2 | $500 | $600.00 |
| 10/2/19 | Court on motions withdraw counsel's appearances and case status | 0.7 | $500 | $350.00 |
| 10/3/19 | Prepare for meeting with Mr. Reid to review relief under Rule 59 to amend J. Barnes ruling for the District Court remand | 0.7 | $500 | $350.00 |
| 10/3/19 | Meeting with Mr. Reid to review relief under Rule 59 to amend J. Barnes ruling for the District Court remand | 1.6 | $500 | $800.00 |
| 10/4/19 | Research to support Rule 59 motion to alter or amend memorandum opinion as to remand | 1.4 | $500 | $700.00 |
| 10/5/19 | Drafting motion to alter or amend memorandum opinion per FRCP 59 | 0.8 | $500 | $400.00 |
| 1/31/22 | Court re case status | 0.3 | $550 | $165.00 |
| 2/28/22 | Court on case status | 0.3 | $550 | $165.00 |
| 3/18/22 | Inspect Lots 5&6 and vehicles that the tenant Smiley Auto Group left on the lot | 0.9 | $550 | $495.00 |
| 3/18/22 | Memorandum to Mr. Reid – the tenant Smiley Auto Group appears to have vacate and left vehicles on the lot | 0.4 | $550 | $220.00 |
| 3/18/22 | Call with Mr. Reid to discuss Trustee's legal capacity to liquidate vehicles that the tenant appears to have left on Lots 5&6 | 0.2 | $550 | $110.00 |
| 3/22/22 | Inspection of Lots 5&6 to determine whether Smiley Auto is physically present on the lots and whether vehicles remain on the lots | 0.7 | $550 | $385.00 |

LLC General

4

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/22/22 | Research distress for rent and statutory abandonment | 1.8 | $550 | $990.00 |
| 3/24/22 | Research landlord's distress for rent – proper procedure for service and parameters of enforcement | 0.8 | $550 | $440.00 |
| 3/24/22 | Memo to Mr. Reid to outline availability and efficacy of landlord's distress for rent 735 ILCS 5/9-301 to address vehicles that Smiley Auto left on the Lots | 0.6 | $550 | $330.00 |
| 3/24/22 | Again inspect Lots 5&6 and photograph vehicles to chronicle status of the property left behind by Smiley Auto | 0.8 | $550 | $440.00 |
| 3/24/22 | Email to Mr. Hasler to update him on landlord's distress for rent 735 ILCS 5/9-301 to address vehicles that Smiley Auto left on the Lots | 0.1 | $550 | $55.00 |
| 3/31/22 | Analysis for utilizing landlord distress to accomplish removal of vehicles left behind by Smiley Auto | 0.8 | $550 | $440.00 |
| 4/4/22 | Call from Mr. Veluquez from Sec'y State police – he heard my voicemail to Juan (investigator at Sec'y State Police about Smiley Auto Group abandoned vehicles) - he explained that the Sec'y State police have been investigating Smiley Auto about the vehicles left at the Lots 5&6 | 0.6 | $550 | $330.00 |
| 4/8/22 | Call with Jeff Juan, Illinois Secretary State Police, to inform him on the vehicles on the premises - he is investigating title switching that has occurred on certain vehicles | 0.6 | $550 | $330.00 |
| 4/8/22 | Second call with Mr. Juan, Illinois Sec'y of State Police inspector, about his upcoming meeting with Smiley Auto to direct them to remove vehicles from the Lots 5&6 and pending complaints that Smiley Auto has not transferred titles to vehicles | 0.2 | $550 | $110.00 |
| 4/29/22 | Call with Mr. Juan to discuss representations by Mr. Smiley (Bukhara Ismajlaj) about titles to the vehicles on the premises | 0.2 | $550 | $110.00 |
| **TOTAL BILLING** | | **49.4** | | **$25,165.00** |

LLC General

Exhibit B

## Bruce de'Medici
### 318 West Adams Street
### Suite 1600
### Chicago, Illinois 60606

**10/8/23**                    **Billing**
**Reid/Trustee  LLC 1 07CH12487**
**Asset Recovery**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 10/7/18 | Memorandum to Mr. Etter to outline procedural status and communicate that the Court seemed to not rule on the contempt and the Trustee may file a motion asking the Court to address the contempt motion | 0.5 | $500 | $250.00 |
| 7/20/19 | Memorandum to Mr. Reid to update him on new address search for Mr. Kurzac's home address | 0.2 | $500 | $100.00 |
| 7/23/19 | t/c w/ Lane Hasler to update him on developments with the tenant and outstanding discovery issues issued to the debtor | 0.4 | $500 | $200.00 |
| 9/18/19 | Conference with Mr. Hasler to discuss steps to obtain compliance from the debtor | 0.2 | $500 | $100.00 |
| 9/25/19 | Meeting with Mr. Hasler to review Trustee's strategy for recovering post-petition rents | 1.5 | $500 | $750.00 |
| 9/29/19 | Update research of authority to designate a natural person representative of a non-natural debtor | 0.6 | $500 | $300.00 |
| 9/29/19 | Prepare motion to designate a natural person representative of the debtor | 1.2 | $500 | $600.00 |
| 10/2/19 | Call with Neville Reid to outline strategy and next steps in the case | 0.4 | $500 | $200.00 |
| 10/8/19 | Prepare to present motion to designate representatives and to respond to anticipated objection | 0.4 | $500 | $200.00 |
| 10/9/19 | Court on motion to designate representatives | 0.8 | $500 | $400.00 |

LLC Asset Recovery

| Date | Description | | | |
|---|---|---|---|---|
| 10/9/19 | Review J. Barnes survey of Bankruptcy Court's authority to impose sanctions and attorney's fees for contempt in his *Direct Media* decision | 0.4 | $500 | $200.00 |
| 11/2/19 | Review response to motion for designated party | 0.5 | $500 | $250.00 |
| 11/2/19 | Research for reply in support of motion for designated party | 0.9 | $500 | $450.00 |
| 11/2/19 | Prepare motion to examine Jaroslaw Kurzac under BR 2004 | 0.8 | $500 | $400.00 |
| 11/2/19 | Prepare motion to examine Joseph Varan under BR 2004 | 0.5 | $500 | $250.00 |
| 11/5/19 | Review of Varan deposition and prior filings to support reply to Debtor's response to motion to designate responsible individuals | 1.4 | $500 | $700.00 |
| 11/6/19 | Review and outline objection to motion to designate representatives | 0.8 | $500 | $400.00 |
| 11/6/19 | Begin reply for motion to designate parties | 1.5 | $500 | $750.00 |
| 11/13/19 | Finish drafting reply in support of motion to designate responsible parties | 1.9 | $500 | $950.00 |
| 11/24/19 | Prepare motion for BR 2004 exam of Kurzac | 0.7 | $500 | $350.00 |
| 11/24/19 | Prepare motion for BR 2004 exam of Varan | 0.5 | $500 | $250.00 |
| 12/3/19 | Prepare for hearing on motions to designate individuals and BR 2004 examinations | 0.7 | $500 | $350.00 |
| 12/3/19 | Court – hearing on motions to designate individuals and BR 2004 examinations | 0.9 | $500 | $450.00 |
| 12/28/19 | Research to support motions for BR 2004 exam of Webb/Lockwood and of the debtor to anticipate objections | 0.9 | $500 | $450.00 |
| 12/28/19 | Prepare motion for BR 2004 exam of Tiffany Webb and Lockwood Consulting | 0.9 | $500 | $450.00 |
| 12/28/19 | Prep motion for BR 2003 exam of the debtor | 0.7 | $500 | $350.00 |

LLC Asset Recovery

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/1/20 | Prepare outline of tasks to execute in the task to press and compel compliance with turnover order and achieve turnover of rents with counsel in place for Kurzac and Varan and using designation of representatives as leverage | 1.3 | $500 | $650.00 |
| 1/8/20 | t/c w/ Mr. Hasler to review strategy for examining various BR 2004 examinees to optimize information flow and outline of document requests | 0.3 | $500 | $0.00 |
| 3/3/20 | Prepare subpeona for Lockwood Consulting and rider | 0.9 | $500 | $450.00 |
| 3/3/20 | Prepare subpoena for Tiffany Webb and rider | 0.3 | $500 | $150.00 |
| 3/3/20 | Edit additional entities related to the Debtor to add to subpoena riders for Web and Lockwood | 0.6 | $500 | $300.00 |
| 3/3/20 | Verify registered agents and managing members through historical records and current records of the Illinois Secretary of State of every entity related to the Debtor and listed in the subpoena riders for Webb and Lockwood to confirm effective service of the subpoenas upon those entities | 1.8 | $500 | $900.00 |
| 3/4/20 | Review Secretary of State listings for every entity named in subpoena riders to Lockwood Consulting and Tiffany Web to confirm registered agent and manager, for purposes of service of the subpoenas to those parties per FRCP 45 | 2.4 | $500 | $1,200.00 |
| 4/21/20 | Letter to Lockwood Consulting per Local Rule to set up conversation to discuss its compliance with subpoena | 0.3 | $500 | $150.00 |
| 4/23/20 | Update research on contempt powers of Bankruptcy Court upon individual responsible for corporate performance | 3.6 | $500 | $1,800.00 |
| 4/23/20 | Prepare motion compel designated persons to comply with turnover | 3.8 | $500 | $1,900.00 |
| 4/25/20 | Finish motion to direct debtor's representatives to comply with turnover order and cause the debtor to do so | 0.8 | $500 | $400.00 |

LLC Asset Recovery

| Date | Description | | | |
|---|---|---|---|---|
| 4/25/20 | Research standards for compelling compliance with subpoena and sanctions for non-compliance | 2.3 | $500 | $1,150.00 |
| 4/27/20 | Outline arguments for motion to compel Lockwood to meet all requirements for order to compel and preserve right to obtain order of contempt | 0.8 | $500 | $400.00 |
| 4/27/20 | Research for motion to compel Lockwood | 2.5 | $500 | $1,250.00 |
| 4/27/20 | Prepare motion to compel Lockwood to comply with subpoena | 2.9 | $500 | $1,450.00 |
| 4/29/20 | Call with Adam Goodman to discuss service of Lockwood subpoena, Lockwood is retaining counsel, and production of documents named in the subpoena | 0.2 | $500 | $100.00 |
| 5/4/20 | Memorandum from Mr. Paulsen that Mr. Kurzac needs time to provide an accounting; memorandum to Mr. Paulsen that the accounting is overdue. | 0.1 | $500 | $50.00 |
| 5/12/20 | Memorandum to Mr. Paulsen with truncated background and suggestion for resolving the delivery of accounting and post-petition rents to the Trustee | 0.2 | $500 | $100.00 |
| 5/16/20 | Prepare for upcoming hearing on the fraudulent transfer proceeding, motion to compel Lockwood, and motion to compel Mr. Varan and Mr. Kutzac to to perform obligations of Debtor under Turnover Order | 0.4 | $500 | $200.00 |
| 5/18/20 | Court hearing on the fraudulent transfer proceeding, motion to compel Lockwood, and motion to compel Mr. Varan and Mr. Kutzac to to perform obligations of Debtor under Turnover Order | 0.9 | $500 | $450.00 |
| 5/18/20 | Call with Mr. Hasler to review the Trustee's strategy and compare insiders' representations to information that Mr. Hasler obtained through Citations | 0.1 | $500 | $50.00 |

LLC Asset Recovery

| Date | Description | | | |
|---|---|---|---|---|
| 6/1/20 | Research on authority for the Bankruptcy Court to enter an order for a consent directive (for the debtor to sign re its filed tax returns and bank accounts) as an option, depending upon settlement negotiations for return of post-petition rent | 0.9 | $550 | $495.00 |
| 6/7/20 | Memorandum to Mr. Reid to outline strategy for recovering post-petition rents in the event that settlement negotiations are not productive | 0.5 | $550 | $275.00 |
| 6/19/20 | Review email from Mr. Paulsen with limited information about post-petition rents collected and not turned over to the Trustee | 0.1 | $550 | $55.00 |
| 6/19/20 | Email to Mr. Reid on shortcomings of Mr. Kurzac's delivery of information about the post-petition rents | 0.2 | $550 | $110.00 |
| 6/19/20 | Call with counsel for Lockwood Consulting that he is seeking his client to comply with the order to account | 0.1 | $550 | $55.00 |
| 6/19/20 | Memorandum to counsel Mr. Kurzac that he did not comply with representation to the Court about accounting | 0.1 | $550 | $55.00 |
| 6/19/20 | Memorandum to counsel Mr. Varan that he did not comply with representation to the Court about accounting | 0.1 | $550 | $55.00 |
| 6/19/20 | Memorandum to counsel Lockwood Consulting that it did not comply with representation to the Court about accounting | 0.1 | $550 | $55.00 |
| 6/20/20 | Assemble timeline and documents to reference for Report on accounting by Lockwood, Kurzac, Varan | 0.4 | $550 | $220.00 |
| 6/20/20 | Prepare Report on accounting by Lockwood, Kurzac, Varan | 1.4 | $550 | $770.00 |
| 6/20/20 | Memoranda with Mr. Reid on the lack of accounting by Lockwood, Kurzac, Varan | 0.2 | $550 | $110.00 |

LLC Asset Recovery

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/21/20 | Prepare to address the Court on motion to compel Lockwood and to compel designated parties to perform obligations of the Debtor, and on motions to dismiss second amended complaint | 0.4 | $550 | $220.00 |
| 6/22/20 | Court - hearing on motion to compel Lockwood, motion to compel designated parties to cause debtor to perform obligations, and Kurzac & Varan motions to dismiss second amended complaint | 1.4 | $550 | $770.00 |
| | | | | (1) Unreasonable - reduced by 0.9 |
| 6/29/20 | Review Mr. Varan's affidavit for his accounting | 0.1 | $550 | $55.00 |
| 6/29/20 | Memorandum to Mr. Paulsen to specify information needed for the accounting | 0.1 | $550 | $55.00 |
| 6/29/20 | Memorandum to Mr. Stroebel to specify information needed from Lockwood Consulting per the order for compliance | 0.1 | $550 | $55.00 |
| 7/15/20 | Outline of motion to specify documents for the Debtor, Kurzac, and Varan to produce to provide specificity for a contempt award if they do not produce documents and information in response to existing orders | 0.6 | $550 | $330.00 |
| 7/15/20 | Research to support a motion for the Court to specify the documents and information for the Debtor, Kurzac, and Varan to produce motion for the Court to specify the documents and information to be produced | 1.1 | $550 | $605.00 |
| 7/15/20 | Initial draft of motion to specify documents and information to be produced | 0.8 | $550 | $440.00 |
| 7/16/20 | Final drafting of motion to specify documents and information to be produced | 0.8 | $550 | $440.00 |
| 7/20/20 | Prepare for hearing on motion to compel Lockwood and motion to direct representatives of the debtor to comply and the adversary to recover post-petition transfer | 0.4 | $550 | $220.00 |
| 7/20/20 | Hearing on motion to compel Lockwood and motion to direct representatives of the debtor to comply | 0.8 | $550 | $440.00 |

LLC Asset Recovery

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/27/20 | Court hearing on motions to the orders directing representatives to perform debtor's duties and specifying what information is to be produced and on motions to dismiss adversary | 1.3 | $550 | $715.00 |

(1) Unreasonable - reduced by 0.7

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/27/20 | Call with Mr. Hasler to discuss enforcing the orders directing representatives to perform debtor's duties and specifying what information is to be produced | 0.3 | $550 | $165.00 |
| 7/27/20 | Memorandum to Mr. Reid - strategy for pursuing compliance by Lockwood on the subpoena and that Lockwood needs to produce a Rule 26g statement of completeness | 0.1 | $550 | $55.00 |
| 7/31/20 | Memorandum to Mr. Reid to outline the status of parties answering the second amended complaint and the efficacy of not yet defaulting the parties which did not yet answer | 0.4 | $550 | $220.00 |
| 8/7/20 | Research updated cases on authority of the Bankruptcy Court to issue sanctions for contempt. | 2.4 | $550 | $1,320.00 |
| 8/8/20 | Prepare memo of law on authority of the Bankruptcy Court to issue sanctions for contempt and nature of relief that the Bankruptcy Court can award. | 3.2 | $550 | $1,760.00 |
| 8/9/20 | Edits to memo of law in support of motion for contempt | 1.3 | $550 | $715.00 |
| 8/9/20 | Outline amended motion for contempt | 0.9 | $550 | $495.00 |
| 8/10/20 | Initial draft of amended motion for contempt | 2.8 | $550 | $1,540.00 |
| 8/10/20 | Further drafting amended motion for contempt | 1.9 | $550 | $1,045.00 |
| 8/11/20 | Further draft on the amended motion for contempt | 2.8 | $550 | $1,540.00 |
| 8/11/20 | Drafting amended motion for contempt | 0.9 | $550 | $495.00 |
| 8/14/20 | Edits to amended motion for contempt | 0.9 | $550 | $495.00 |
| 8/15/20 | Edits to amended contempt motion | 0.7 | $550 | $385.00 |
| 8/15/20 | Further edits to memo in support of motion for contempt | 7 | $550 | $3,850.00 |

(2) Typographical Error - reduced by 6.3

| | | | | |
|---|---|---|---|---|
| 8/16/20 | Final review and edits to memo of law to support amended motion for contempt | 3.1 | $550 | $1,705.00 |
| 8/18/20 | Call with Mr. Reid to review the strategy for pressing for turnover of information and rents | 0.2 | $550 | $110.00 |
| 8/19/20 | Prepare affidavit of Mr. Reid in support of the motion for contempt and per Local Rule 9010-1 | 0.8 | $550 | $440.00 |
| 8/21/20 | Prepare for negotiation call with Mr. Paulsen to seek a settled resolution of the case | 0.5 | $550 | $275.00 |
| 8/21/20 | Call with Jeff Paulsen to review relative merits of Trustee's case and debtor's defenses and possible settlement terms | 0.5 | $550 | $275.00 |
| 8/21/20 | Review email with Mr. Paulsen with settlement offer | 0.1 | $550 | $55.00 |
| 8/21/20 | Analysis of flaws in Mr. Kurzac's settlement offer | 0.4 | $550 | $220.00 |
| 8/21/20 | Email to Mr. Reid to review settlement strategy | 0.1 | $550 | $55.00 |
| 8/24/20 | Review memorandum from Mr. Paulsen that he in trial and his colleague is covering the case, and his request to continue the hearing | 0.1 | $550 | $55.00 |
| 8/24/20 | Call with Ms. Holtschlag to review Mr. Paulsen's need to attend trial in another court and explaining to the Court today and his request to continue the hearing to another date | 0.2 | $550 | $110.00 |
| 8/24/20 | Court hearing on motions to dismiss adversary proceeding and case status | 0.9 | $550 | $495.00 |
| 8/24/20 | Call with Mr. Reid to review strategy for pressing Kurzac and the debtor for an improved settlement offer | 0.2 | $550 | $110.00 |
| 9/9/17/20 | Memorandum to Mr. Reid to outline using dismissal of Kurzac & Varan motions to dismiss to press for settlement on contempt | 0.7 | $550 | $385.00 |
| 9/21/20 | Prepare draft order on amended contempt motion | 3.2 | $550 | $1,760.00 |

LLC Asset Recovery

| 10/3/20 | Update research – standards for Bankruptcy Court authority to impose contempt per J. Barnes' Kimball Hill opinion | 0.4 | $550 | $220.00 |
|---|---|---|---|---|
| 11/20/20 | Research to support reply in support of motion for contempt | 1.3 | $550 | $715.00 |
| 11/20/20 | Diagram arguments to reply to Kurzac response to motion for contempt | 1.3 | $550 | $715.00 |
| 11/20/20 | Begin drafting reply to support motion for contempt | 4.3 | $550 | $2,365.00 |
| 11/20/20 | Continue drafting reply for contempt motion | 0.6 | $550 | $330.00 |
| 11/21/20 | Further drafting - reply to support contempt motion | 4.7 | $550 | $2,585.00 |
| 11/22/20 | Edits to reply to support contempt motion | 3.6 | $550 | $1,980.00 |
| 11/23/20 | Finalize draft of reply to support contempt motion | 0.9 | $550 | $495.00 |
| 11/23/20 | Draft reply to debtor response to amended motion for contempt | 1.2 | $550 | $660.00 |
| 12/7/20 | Review Court order denying contempt motion | 0.1 | $550 | $55.00 |
| | **TOTAL TIME BILLING** | **113.7** | | **$60,050.00** |

LLC Asset Recovery

Exhibit C

# Bruce de'Medici
## 318 West Adams Street
## Suite 1600
## Chicago, Illinois 60606

**10/8/23**

**Billing**
**Reid/Trustee  LLC 1**
**Reid/Trustee  v. LLC Private Trust**

| Date | Description | Time | Rate | Amount |
|------|-------------|------|------|--------|
| 7/25/19 | Review documents obtained from Cook County Recorder as to 315 W Roosevelt: deed to the debtor, debtor's "Declaration" of intent to develop, Village of Maywood's Memo of Judgment for $100, debtor's deed to grant title of 315 W Roosevelt to the "private trust" | 1.5 | $500 | $750.00 |
| 7/25/19 | Review Illinois Secretary of State records for "Holding Group" identified in "Declaration" as the parent LLC in the series LLC which includes the debtor | 0.1 | $500 | $50.00 |
| 7/25/19 | Analysis and strategy for protecting estate's interest in 315 W Roosevelt in light of debtor's attempted transfer to the "private trust" | 1.3 | $500 | $650.00 |
| 7/25/19 | Memorandum to Mr. Reid – overview of the debtor's deed to "private trust" and outcome of title review for documents recorded as to 315 W Roosevelt | 0.3 | $500 | $150.00 |
| 7/25/19 | Initial research into which entities in Illinois would likely be acting as land trustee as to the "private trust" named in the Debtor's deed (and numbered as if it is a land trust) to determine whether to obtain order for BR 2004 exam to putative land trustee | 0.7 | $500 | $350.00 |
| 7/25/19 | t/c w/ Gretchen Silver to inform her of the debtor's attempt to convey title to 315 W Roosevelt to a "private trust" with a substantially same name as the debtor and that was signed by Kurzac and notarized by Varan | 0.1 | $500 | $50.00 |
| 7/27/19 | Analysis and initial drafting of complaint to avoid fraudulent transfer of 315 W. Roosevelt | 3.9 | $500 | $1,950.00 |

LLC Fraud Transfer

| 7/27/19 | Compare Judicial Deed for realty to debtor to verify PIN and legal description for 315 W. Roosevelt is included and debtor's Declaration for development of realty to verify PIN for 315 W. Roosevelt is included as owned by the debtor and debtor's deed to related entity for 315 W Roosevelt to verify title history and conveyance of that parcel to related entity | 1.1 | $500 | $550.00 |
|---|---|---|---|---|
| 7/28/19 | Further preparation of fraudulent transfer complaint to avoid and recover debtor's transfer of 315 W. Roosevelt to seeming related entity | 2.8 | $500 | $1,400.00 |
| 7/28/19 | Analysis of efficacy of adding a count to the complaint that the deed is void and accompanying issue of whether the automatic stay was in effect while the appeal was in the District Court | 0.8 | $500 | $400.00 |
| 7/29/19 | Review again of deeds to the debtor and to the related entity, and the Declaration, to confirm legal address for 315 W. Roosevelt to ensure Lis Pendens has accurate legal description (the deeds and Declaration have legal descriptions for several parcels) | 0.4 | $500 | $200.00 |
| 7/29/19 | Research requirements for a lis pendens to create an exception in a title commitment for prospective sale of realty | 0.4 | $500 | $200.00 |
| 7/29/19 | Prepare lis pendens as to 315 W. Roosevelt | 0.8 | $500 | $400.00 |
| 7/29/19 | t/c w/ Lane Hasler – Varan filed a pleading in foreclosure on the Hinsdale residence in which Varan argued that the debtor had partial ownership and the lender was required to name the debtor in the foreclosure | 0.2 | $500 | $100.00 |
| 7/30/19 | Review Cook County Recorder of Deeds title history for 315 W. Roosevelt to track title history | 1.4 | $500 | $700.00 |
| 7/31/19 | Reviewed foreclosure pleadings and title for Hinsdale house to analyze whether bankruptcy estate is affected | 0.4 | $500 | $200.00 |
| 7/31/19 | Analysis of whether bk estate has identifiable interest in the Hinsdale residence and evidentiary value from LLC not disclosing for purposes of proving intentional fraudulent transfer from LLC's transfer of 315 W Roosevelt | 1.1 | $500 | $550.00 |

LLC Fraud Transfer

2

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/6/19 | Edits to fraudulent transfer complaint to comport to discussion with Mr. Reid's comments | 0.8 | $500 | $0.00 |
| 9/20/19 | t/c w/ Lane Hasler to set overview of tasks to address to obtain debtor's compliance and obtain recovery of transferred property 315 W. Roosevelt | 0.1 | $500 | $50.00 |
| 10/21/19 | t/c w/ Mr. Reid to review theory underlying the complaint against the related LLC, whether automatic stay was re-imposed retroactively upon the judge vacating the dismissal, reviewing potential defenses to the complaint | 0.2 | $500 | $100.00 |
| 11/12/19 | Conference with Mr. Goodman to discuss debtor's defenses to designation and fraudulent transfer complaint | 0.2 | $500 | $100.00 |
| 1/25/20 | Prepare initial draft motion for default judgment against original defendants in the fraudulent transfer action | 1.3 | $500 | $650.00 |
| 1/25/20 | Analysis – judgment for avoidance will not be sufficient for a title agent to clear a likely title exception that judgment for avoidance does not place 315 W. Roosevelt into chain of title for title company clearing exception to Mr. Reid/trustee passing title/sell to a third party | 0.8 | $500 | $400.00 |
| 1/25/20 | Research using Illinois Mortgage Foreclosure Act and Illinois Code of Civil Procedure on judicial deeds to obtain statutory foundation for the Bankruptcy Court to sign a deed conveying 315 W. Roosevelt to Mr. Reid as trustee, to satisfy a title agent clearing a prospective sale of 315 W Roosevelt to a third party | 1.7 | $500 | $850.00 |
| 1/25/20 | Prepare draft judgment and findings/conclusions for avoidance of the fraudulent transfer | 0.8 | $500 | $400.00 |
| 1/25/20 | Review memo from ATG title agent on the requirements for a deed that the Bankruptcy Court would sign to enable a title agent to clear a likely title exception that judgment for avoidance does not place 315 W. Roosevelt into chain of title for title company clearing exception to Mr. Reid/trustee passing title/sell to a third part | 0.3 | $500 | $150.00 |
| 3/4/20 | Final edits to motion for default and default judgment against LLC Private Trust, Varan, and … LLC | 0.7 | $500 | $350.00 |

LLC Fraud Transfer

| | | | | |
|---|---|---|---|---|
| 3/10/20 | Strategy for using Kurzac motion to dismiss as a platform for Kurzac to execute release of any interests in 315 W. Roosevelt and any claims to it | 0.5 | $500 | $250.00 |
| 3/10/20 | t/c w/ Lane Hasler to discuss strategy for responding to Kurzac motion to dismiss by making him disclaim interest in 315 W. Roosevelt or claims as to that parcel | 0.1 | $500 | $50.00 |
| 3/27/20 | Research standards for a motion to dismiss and standards for when a motion to dismiss should be converted to a motion for summary judgment because of reference to extrinsic documents | 2.2 | $500 | $1,100.00 |
| 3/28/20 | Outline of response to Kurzac motion to dismiss | 1.1 | $500 | $550.00 |
| 3/29/20 | Research trustee's rights under sections 541 and 704 to pursue recovery of the transferred property | 1.8 | $500 | $900.00 |
| 3/29/20 | Outline for amendment of the complaint | 1.1 | $500 | $0.00 |
| 3/30/20 | Response to Kurzac motion to dismiss | 2.3 | $500 | $1,150.00 |
| 3/30/20 | Memorandum to Mr. Reid to advise on which counts to remove from the complaint | 0.4 | $500 | $200.00 |
| 3/30/20 | Further drafting of response to Kurzac motion to dismiss, as to Count I | 1.6 | $500 | $800.00 |
| 3/30/20 | Research – standards on motion to dismiss | 1.6 | $500 | $800.00 |
| 3/31/20 | Further standards for amendment of pleading | 1.3 | $500 | $650.00 |
| 3/31/20 | Prepare motion for leave to amend the complaint | 2.8 | $500 | $1,400.00 |
| 4/1/20 | Proofing motion to amend complaint | 0.7 | $500 | $0.00 |
| 4/1/20 | Outline for motion to either exclude documents that Kurzac referenced that are outside the pleadings or to convert to MSJ | 0.8 | $500 | $400.00 |

LLC Fraud Transfer

4

| Date | Description | | | |
|------|-------------|---|---|---|
| 4/1/20 | Analysis of caselaw on documents that can be imported into motion to dismiss and documents that require conversion of motion to dismiss into a Rule 56 motion and difference between Sev Circuit and other Circuits approach to whether to convert motion to dismiss into Rule 56 motion | 1.7 | $500 | $850.00 |
| 4/1/20 | Draft motion to either exclude documents that Kurzac referenced that are outside the pleadings or to convert to MSJ | 1.8 | $500 | $900.00 |
| 4/12/20 | Outline of issues and arguments to present to the Court to obviate the debtor's earlier response to Trustee's motion for sanctions | 0.8 | $500 | $400.00 |
| 4/13/20 | Court hearing on adversary \| default and motions to dismiss | 0.6 | $500 | $300.00 |
| 4/18/20 | Research on 11 U.S.C. §704(a)(1) as an independent claim to recover post-petition transfer and exclusivity of 11 U.S.C. §549 to recover post-petition transfers, and burden of proof differing caselaw holdings | 2.3 | $500 | $1,150.00 |
| 4/21/20 | Further research – contempt/violation stay and 549 as a separate count | 3.7 | $500 | $1,850.00 |
| 5/4/20 | Status hearing on adversary proceeding | 0.5 | $500 | $250.00 |
| 5/18/20 | Call with counsel for Mr. Varan to discuss the background of the case and post-petition deed and Varan's defenses | 0.3 | $500 | $150.00 |
| 6/8/20 | Memoranda with Jeff Paulson regarding extension of time to file Mr. Kurzac's response and request for explanation of his defense to the complaint | 0.2 | $550 | $110.00 |
| 6/8/20 | Review Mr. Kurzac's motion to dismiss | 0.9 | $550 | $495.00 |
| 6/8/20 | Outline flaws in Mr. Kurzac's motion to dismiss | 1.7 | $550 | $935.00 |
| 6/8/20 | Memorandum to Mr Reid to outline strategy for pushing Mr. Kurzac to settle | 0.3 | $550 | $165.00 |
| 6/8/20 | Memorandum to Mr. Reid to outline response to Mr. Kurzac's motion to dismiss. | 0.8 | $550 | $440.00 |
| 6/9/20 | Further memorandum to Mr. Reid to focus on flawed reasoning in the Kurzac motion to dismiss | 0.5 | $550 | $275.00 |

LLC Fraud Transfer

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/19/20 | Compile information and documents to respond to motions to dismiss by Mr. Kurzac and Mr. Varan, including downloading information from County Court docket as to action for tax deed on only certain of the property in the bankruptcy estate and confirming no action for tax deed filed as to Lots 5 and 6 (315 W. Roosevelt) | 0.9 | $550 | $495.00 |
| 6/19/20 | Tel. call with Lane Hasler to review lack of accounting provided by Mr. Kurzac and Lockwood and outline of the legal flaws in the motions to dismiss by Mr. Kurzac and Mr. Varan | 0.4 | $550 | $220.00 |
| 6/19/20 | Outline of arguments for responding to motions to dismiss by Mr. Kurzac and Mr. Varan | 2.4 | $550 | $1,320.00 |
| 6/19/20 | Begin drafting response to motions to dismiss second amended complaint | 1.9 | $550 | $1,045.00 |
| 6/22/20 | Memorandum to Mr. Reid to outline our arguments as to why he did not abandon the Lots making up the 315 W. Roosevelt common address | 0.3 | $550 | $165.00 |
| 6/29/20 | Call with Mr. Reid to schedule his review of ongoing drafts of responses to motions to dismiss second amended complaint and confirm arguments | 0.1 | $550 | $55.00 |
| 6/30/20 | Call with Mr. Hasler to review outline of arguments in response to Kurzac and Varan motions to dismiss | 0.1 | $550 | $55.00 |
| 7/10/20 | Further drafting of response to Kurzac motion to dismiss second amended complaint | 4.7 | $550 | $2,585.00 |
| 7/11/20 | Further edits to response to Kurzac/Varan motion to dismiss second amended complaint | 3.1 | $550 | $1,705.00 |
| 7/11/20 | Continued drafting of response to Kurzac/Varan motion to dismiss second amended complaint | 0.8 | $550 | $440.00 |
| 7/11/20 | Draft motion to either exclude documents that Kurzac and Varan referenced that are outside the pleadings or to convert to MSJ | 2.4 | $550 | $1,320.00 |
| 7/12/20 | Final edits to response to motions to dismiss | 5.2 | $550 | $2,860.00 |

LLC Fraud Transfer

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/12/20 | Further edits to motion to convert motions to dismiss to motions for summary judgment | 0.9 | $550 | $495.00 |
| 7/13/20 | Outline of arguments to present to J. Barnes to support defense to Kurzac and Varan motions to dismiss | 3.3 | $550 | $1,815.00 |
| 7/20/20 | Prepare for hearing on motion to compel Lockwood and motion to direct representatives of the debtor to comply and the adversary to recover post-petition transfer | 0.4 | $550 | $220.00 |
| 7/20/20 | Hearing on adversary to recover post-petition transfer and response to motions to dismiss | 0.8 | $550 | $440.00 |
| 7/27/20 | Initial review of Kurzac's reply to support motion to dismiss | 0.9 | $550 | $495.00 |
| 7/27/20 | Prepare outline of flaws in Kurzac's reply to support motion to dismiss | 0.9 | $550 | $495.00 |
| 7/27/20 | Memorandum to Mr. Reid on initial review of Kurzac's reply to support motion to dismiss | 0.1 | $550 | $55.00 |
| 8/21/20 | Prepare for settlement negotiation call with counsel for Mr. Kurzac (Jeff Paulsen) | 0.5 | $550 | $275.00 |
| 9/13/20 | Prepare for hearing on motions of Kurzac and Varan to dismiss the adversary complaint | 0.5 | $550 | $275.00 |
| 9/14/20 | Court hearing on motions of Kurzac and Varan to dismiss adversary complaint | 1.2 | $550 | $660.00 |
| 9/29/20 | Call with Mr. Hasler to update him on preparing motions for default and how the Bankruptcy Court denying the motions to dismiss implicates plausibility to the Trustee's argument that the 315 W. Roosevelt property was not abandoned | 0.2 | $550 | $110.00 |
| 10/4/20 | Outline Mr. Kurzac's defenses set forth in his answer | 0.9 | $550 | $495.00 |
| 10/5/20 | Court on adversary status | 2.9 | $550 | $1,595.00 |
| 10/8/20 | Memo to Mr. Reid on analyzing Mr. Paulsen's motion to withdraw and recommendation on whether to object to Mr. Paulsen's withdrawa | 0.6 | $550 | $330.00 |

(1) Unreasonable - reduced by 0.8

(1) Unreasonable - reduced by 2.7

LLC Fraud Transfer

| | | | | |
|---|---|---|---|---|
| 10/12/20 | Memorandum to Mr. Reid on basis for objecting to Kurzac motions to withdraw | 0.1 | $550 | $55.00 |
| 10/21/20 | Continued hearing on Kurzac motions to withdraw | 0.7 | $550 | $385.00 |
| 10/21/20 | Memorandum to Mr. Reid to update him on Mr. Paulsen's comments today on the hearing for his motions to withdraw | 0.5 | $550 | $275.00 |
| 11/8/20 | Memorandum to Mr. Reid to diagram the elements of the affidavit for the motion for default judgment in light of J. Barnes requirement of an affidavit to support the allegations of the complaint and FRCP 55(b) | 0.5 | $550 | $275.00 |
| 11/9/20 | Continued hearing Paulsen motion withdraw | 0.5 | $550 | $275.00 |
| 11/9/20 | Call with Mr. Reid to analyze what Mr. Paulsen's withdrawal reveals about Kurzac strategy and determining optimal method for negotiating a settlement | 0.2 | $550 | $110.00 |
| 11/9/20 | Memorandum to Mr. Hasler and Mr. Reid with Kurzac's testimony on his valid service mailing address | 0.2 | $550 | $110.00 |
| | **TOTAL BILLING** | **97.7** | | **$49,725.00** |

LLC Fraud Transfer

# Exhibit D

### Bruce de'Medici
### 318 West Adams Street
### Suite 1600
### Chicago, Illinois 60606

**11/11/23**                      **Billing**
**Reid/Trustee  LLC 1**
**Realty Sale**

| Date | Description | Time | Rate | Amount |
|------|-------------|------|------|--------|
| 3/1/22 | Call with Mr. Hansen, who contacted me about tendering an offer to purchase Lots 5&6 | 1.1 | $550 | $ 605.00 |
| 3/1/22 | Call with Mr. Reid to update him on the call with Todd Hansen, who contacted me about tendering an offer to purchase Lots 5&6 | 0.1 | $550 | $ 55.00 |
| 3/2/22 | Memorandum to Mr. Reid to update him on conversation with potential buyer for Lots 5&6 | 0.1 | $550 | $ 55.00 |
| 3/8/22 | Call with Mr. Hasler to discuss status of seeking a sale of Lots 5&6 and my attempts to engage Cook County in dialogue on their agreement to apportion seller proceeds between the bankruptcy estate and the County (for payment on the delinquent property taxes) | 0.2 | $550 | $ 110.00 |
| 3/8/22 | Call with Andy Gagliardo to discuss his strategy for presenting Lots 5&6 to the market and addressing the delinquent property taxes to buyers | 0.1 | $550 | $ 55.00 |
| 3/9/22 | Re-Review Court's orders in the case and adversary as to anticipate responding to debtor's objections to a sale of Lots 5& | 0.4 | $550 | $ 220.00 |
| 3/9/22 | Call with Mr. Reid to review Court's orders in the case and adversary as to anticipate responding to debtor's objections to a sale of Lots 5&6 | 0.3 | $550 | $ 165.00 |
| 3/9/22 | Call with Mr Ralis, who will be the title agent, to discuss requirements for clearing title to a buyer over the $1.5mm delinquent property taxes | 0.2 | $550 | $ 110.00 |

LLC - Realty sale                    1

| | | | | |
|---|---|---|---|---|
| 3/22/22 | Call with Mr. Gagliardo to update him on status of vehicles on the Lots | 0.1 | $550 | $ 55.00 |
| 4/3/22 | Memorandum to Todd Hanson to explain clearing title on a sale of the realty | 0.1 | $550 | $ 55.00 |
| 4/15/22 | Prepare draft sale order (with a hypothetical buyer) to review with ATG underwriting to make sure they will clear title with Cook County not receiving full payment on property taxes, to obtain ATG's preliminary position on clearing title to a buyer | 1.3 | $550 | $ 715.00 |
| 4/15/22 | Call with Mr. Ralis to review with ATG underwriting to make sure they will clear title with Cook County not receiving full payment on property taxes | 0.5 | $550 | $ 275.00 |
| 4/15/22 | Call and voicemail to Mr. Juan, Illinois Sec'y of State Police inspector, to requent update about his meeting with Smiley Auto about removal of the vehicles and title-switching | 0.1 | $550 | $ 55.00 |
| 4/16/22 | Further drafting of sale order to ensure Cook County property taxes prior to 2021 are only paid per further order of the Court and that ATG may issue clear title to buyer without paying Cook County property taxes in full at closing | 1.1 | $550 | $ 605.00 |
| 4/18/22 | Memorandum to Mr. Reid concerning our review of the sale contract | 0.1 | $550 | $ 55.00 |
| 4/20/22 | Call with Ralis on LLC to review ATG underwriting's comments on proposed draft order for sale | 0.7 | $550 | $ 385.00 |
| 4/20/22 | Call with Mr. Reid to review the proposed offer from Great Deal Investing and edits to the proposed contract to protect the bankruptcy estate if a closing does not occur | 0.3 | $550 | $ 165.00 |
| 4/22/22 | Call with Nathan Johns, principal of Great Deal Investing, to review his modification to the offer and his expectation that the Trustee will accept a revised offer to "limit the Trustee's loss" on paying the delinquent property taxes, and explanation to him – that the Trustee will pass clear title and allocate sale proceeds with Cook County | 0.6 | $550 | $ 330.00 |

LLC - Realty sale                                                          2

| Date | Description | | | |
|---|---|---|---|---|
| 4/22/22 | Memorandum to Mr. Reid to inform him on Mr. John's modification to his offer and why that is not in the best interests of the estate | 0.5 | $550 | $ 275.00 |
| 4/29/22 | Call with Mr. Juan to inform me on his meeting with Smiley Auto Group on its removal of vehicles from the lot and its ownership of two of the vehicles on the lot | 0.2 | $500 | $ 110.00 |
| 4/29/22 | Call with Mr. Gagliardo to review Great Investment's flaws in its offer and maintaining the listing on the market | 0.2 | $550 | $ 110.00 |
| 5/2/22 | Call with Direct Investment's principal to discuss its modification of its purchase offer | 0.1 | $550 | $ 55.00 |
| 5/23/22 | Email to Mr, Gagliardo to inquire into the market efficacy of continuing the listing of Lots 5 & 6 | 0.1 | $550 | $ 55.00 |
| 8/1/22 | Email with Mr. Gagliardo to inquire into status of market interest | 0.1 | $550 | $ 55.00 |
| 8/1/22 | Email update to Mr. Reid on market interest for the realty | 0.1 | $550 | $ 55.00 |
| 8/16/22 | Call with Mr. Jurusik, counsel for Village of Maywood, to discuss Maywood's possible purchase of Lots 5&6 and cramming down Cook County lien claim | 0.2 | $550 | $ 110.00 |
| 9/9/22 | Email to Mr. Jurusik, counsel for Maywood, to outline terms for a proposed sale of Lots 5&6 to the Village of Maywood | 0.8 | $600 | $ 480.00 |
| 10/12/22 | Court continued status | 0.3 | $600 | $ 180.00 |
| 10/21/22 | Email to Mr. Jurusik to follow-up on the Trustee's request for an update on Maywood considering a purchase of the Lots 5&6 | 0.1 | $600 | $ 60.00 |
| 11/21/22 | Call with Mr. Marrs, counsel for Maywood, to discuss outline a conference call with Maywood to explain the benefits of their purchase of Lots 5&6 from the Trustee | 0.1 | $600 | $ 60.00 |

LLC - Realty sale                                3

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/8/22 | Call with Mr. Marrs – he reviewed his discussion with the Maywood Board on its purchase of Lots 5&6 and said they have to meet formally in January | 0.3 | $600 | $ 180.00 |
| 12/14/22 | Call with Mr. Marrs – he reviewed his discussion with the Maywood Board on its purchase of Lots 5&6 and said they have to meet formally in January | 0.4 | $600 | $ 240.00 |
| 1/10/23 | Attend meeting with Maywood Village Council, at invitation of the Council, to present on the benefit to Maywood of purchasing Lots 5&6 | 1.1 | $600 | $ 660.00 |
| 4/8/23 | Inspect Lots 5&6 and vehicles that former squatter tenant left on the Lots | 0.7 | $600 | $ 420.00 |
| 4/8/23 | Call with Jeff Juan, IL Secretary State Police inspector, he said he would set up a meeting next week with the principal of Smiley Auto to discuss removing the vehicles from the lots.  Smiley Auto (Bob Smiley) told Jeff that two of the vehicles belong to him and the remaining vehicles belong to the owners other vehicles | 0.6 | $600 | $ 360.00 |
| 4/22/23 | Review purchase offer from Village of Maywood for Lots 5&6 for $60,000, subject to property taxes | 0.1 | $600 | $ 60.00 |
| 4/22/23 | Prepare draft closing statement to preview benefit to the estate from a sale on the terms that Maywood offered | 0.5 | $600 | $ 300.00 |
| 4/22/23 | Call with Mr. Ralis, ATG title agent, to review ATG clearing the title to new buyer on the terms that Maywood offered if Cook County agrees | 0.9 | $600 | $ 540.00 |
| 4/22/23 | Memo to Mr. Reid on the new offer from Maywood Roosevelt LLC and comparing the relative benefit of this offer to the pending offer from Village of Maywood - outlining relative benefits of each offer and structure for clearing title over delinquent property taxes and option proposed by ATG title agent for clearing the title. | 1.1 | $600 | $ 660.00 |
| 4/26/23 | Email to update Mr. Reid on negotiations with Cook County over allocation of net sale proceeds to enable clear title to Maywood Roosevelt | 0.1 | $600 | $ 60.00 |

LLC - Realty sale                                                    4

| | | | | |
|---|---|---|---|---|
| 4/29/23 | Call with Mr. Juan, IL Secretary of State police, that the former squatter tenant no longer claimed ownership of the vehicles on Lots 5&6 | 0.3 | $600 | $ 180.00 |
| 5/2/23 | Email to Cook County State's Attorney to outline proposed closing statement from a prospective sale to Maywood Roosevelt LLC and propose allocation of net sales proceeds between bankruptcy estate and Cook County | 0.2 | $600 | $ 120.00 |
| 5/25/23 | Review email from Mr. Marrs with request to allow Maywood to make a new offer – Maywood has a meeting to discuss this May 30 | 0.1 | $600 | $ 60.00 |
| 5/25/23 | Email to Mr. Reid to update him on Maywood's continued interest in buying Lots 5&6 | 0.1 | $600 | $ 60.00 |
| 5/25/23 | Email to Mr. Marrs that we need an answer the day after Maywood's upcoming meeting | 0.1 | $600 | $ 60.00 |
| 5/30/23 | Call with Mr. Marrs – timing is of the essence for any new offer from Maywood | 0.1 | $600 | $ 60.00 |
| 5/30/23 | Call with Mr. Reid to review the structure of presenting new offer from Maywood and treatment of property tax liens | 0.2 | $600 | $ 120.00 |
| 5/31/23 | Call with Mr. Marrs – Maywood is offering $360,000 to purchase Lots 5&6, subject to property taxes (because Maywood wishes to exceed the pending offer from a private party) | 0.2 | $600 | $ 120.00 |
| 5/31/23 | Email to Mr. Reid of Maywood's new offer for Lots 5&6 | 0.1 | $600 | $ 60.00 |
| 6/1/23 | Review LOI from counsel for Village of Maywood with new offer to buy Lots 5&6 subject to property taxes | 0.2 | $650 | $ 130.00 |
| 6/1/23 | Email to Mr. Reid to update him on structure of request for Court's approval of Maywood's offer | 0.1 | $650 | $ 65.00 |
| 6/1/23 | Prepare draft sales contract with Village of Maywood to reflect their offer to purchase Lots 5&6 | 1.8 | $650 | $ 1,170.00 |

LLC - Realty sale                                                    5

| Date | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| 6/1/23 | Prepare draft sales motion for approval of sale of Lots 5&6 | 0.9 | $650 | $ | 585.00 |
| 6/1/23 | Call with Mr. Schonfeld (the Trustee requested that Mr. Schonfeld assist the Trustee on the sale) to review his terms for the sale contract with Maywood | 0.2 | $650 | $ | 130.00 |
| 6/2/23 | Emails with Scott Schonfeld to review the LOI from Maywood and terms that need to be addressed in the LOI (inspection period and requirement of passing an ordinance) | 0.1 | $650 | $ | 65.00 |
| 6/2/23 | Call with Mr. Schonfeld to review negotiating the two objectionable terms in the LOI from Maywood  (passing an ordinance as a condition of buying and long inspection period | 0.1 | $650 | $ | 65.00 |
| 6/2/23 | Email to Mr. Marrs to highlight that passing an ordinance as a condition of buying and long inspection period are not acceptable | 0.1 | $650 | $ | 65.00 |
| 6/2/23 | Call with Mr. Marrs to review why Maywood needs to pass an ordinance – he will review waiving the inspection period with the Village of Maywood | 0.1 | $650 | $ | 65.00 |
| 6/5/23 | Call with Mr. Marrs, buyer counsel, on need to revise some terms from what Maywood expressed in the LOI (mainly as to inspection) | 0.2 | $650 | $ | 130.00 |
| 6/6/23 | Call with Mr. Schoenfeld to review structure for sale of the property to the Village of Maywood – limiting the time for due diligence and inspection and no need for survey | 0.2 | $650 | $ | 130.00 |
| 6/6/23 | Conference call with Mr. Schoenfeld and Mr. Marrs to discuss terms for Village of Maywood's purchase of the property | 0.2 | $650 | $ | 130.00 |
| 6/12/23 | Call with Mr. Ralis, ATG title agent, to review requirements of ATG underwriting for issuing title insurance on the prospective sale of the property to Village of Maywood | 0.5 | $650 | $ | 325.00 |

LLC - Realty sale

| | | | | | |
|---|---|---|---|---|---|
| 6/15/23 | Review edited sales contract from buyer's counsel | 0.3 | $650 | $ | 195.00 |
| 6/21/23 | Email from buyer's counsel that Maywood board approved the sale | 0.1 | $650 | $ | 65.00 |
| 6/21/23 | Call with title agent Robert Ralis to discuss prospective sale to Maywood, and ATG clearing title to Maywood taking subject to property tax liens | 0.4 | $650 | $ | 260.00 |
| 6/28/23 | Call with title agent Robert Ralis to discuss provisions ATG underwriting requires for a court order approving the sale to Maywood | 0.2 | $650 | $ | 130.00 |
| 7/1/23 | Review Maywood executed ordinance and purchase agreement . | 0.1 | $650 | $ | 65.00 |
| 7/1/23 | Prepare initial draft sale motion | 0.8 | $650 | $ | 520.00 |
| 7/1/23 | Prepare sale order | 0.9 | $650 | $ | 585.00 |
| 7/3/23 | Edits to sale motion | 0.8 | $650 | $ | 520.00 |
| 7/3/23 | Edits to sale order | 0.3 | $650 | $ | 195.00 |
| 7/3/23 | Edits to sale order | 0.5 | $650 | $ | 325.00 |
| 7/5/23 | Court hearing – status | 0.3 | $650 | $ | 195.00 |
| 7/6/23 | Prepare Joint Escrow Agreement for earnest money | 0.2 | $650 | $ | 130.00 |
| 7/17/23 | Email to Mr. Schonfeld to confirm utility of legal address in the sale order, in light of the debtor's argument on the abandonment encompassing 315 W. Roosevelt | 0.1 | $650 | $ | 65.00 |
| 7/19/23 | Prepare for court appearance on motion to sell | 0.4 | $650 | $ | 260.00 |
| 7/19/23 | Court appearance on motion to sell and objections by LLC and LLC1 Private Trust | 0.6 | $650 | $ | 390.00 |
| 7/26/23 | Call with Mr. Reid to review the pending sale and confirming that the title company is preparing the title commitment | 0.1 | $650 | $ | 65.00 |

LLC - Realty sale

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 7/26/23 | Call with Mr. Ralis, ATG title agent, to review the preliminary special exceptions on pending title commitment and how ATG will clear title with Maywood taking subject to property taxes | 0.6 | $650 | $ | 390.00 |
| 7/26/23 | Email to Sophie Kabbas, underwriting attorney for ATG, to review Sidwell plat map and Cook County Assessor records on PIN and legal description for the sale property | 0.1 | $650 | $ | 65.00 |
| 7/27/23 | Call with Mr. Ralis to review the special exceptions that ATG plans to include in the title commitment and how to clear them | 0.7 | $650 | $ | 455.00 |
| 7/28/23 | Email to Mr. Reid to review the special exceptions that ATG plans to include in the title commitment and how to clear them | 0.1 | $650 | $ | 65.00 |
| 8/1/23 | Prepare motion to amend sale order to correct legal description | 0.9 | $650 | $ | 585.00 |
| 8/2/23 | Call with Mr. Ralis, ATG title agent, to review seller documents that ATG requires to issue its title policy | 0.2 | $650 | $ | 130.00 |
| 8/7/23 | Review ATG's title commitment | 0.8 | $650 | $ | 520.00 |
| 8/7/23 | Call with Mr. Ralis to review Trustee's research to enable ATG to clear the mortgage that Roosevelt Properties, LLC conveyed to Thos Hirdes in 2006 | 0.1 | $650 | $ | 65.00 |
| 8/7/23 | Email to Mr. Reid to review the special exceptions ##6 and 8 in the ATG title commitment and strategy for how to accomplish ATG clearing them | 0.4 | $650 | $ | 260.00 |
| 8/8/23 | Email to buyer counsel to schedule a call to discuss the special exceptions in the title commitment | 0.1 | $650 | $ | 65.00 |
| 8/8/23 | Call with Mr. Reid and Mr. Schonfeld to review options for accomplishing ATG clearing the special exception #6 for the mortgage that Roosevelt Properties, LLC conveyed to Thos Hirdes in 2006 . | 0.3 | $650 | $ | 195.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/17/23 | Call with title agent, Mr. Ralis, to review what ATG requires to clear special exceptions on property manager, judgments against the Debtor, the Hirdes mortgage lien, and the judgment lien in favor of the City of Chicago | 0.6 | $650 | $ | 390.00 |
| 8/17/23 | Conference call with Mr. Marrs to review all of the special exceptions and Maywood's acquiescence to exceptions concerning the assignment of mortgage and leases to Maywood and $100 administrative tribunal's award to Maywood, and clearing the special exception for the Hirdes mortgage, the Debtor's judgments, and property manager and setting tentative closing date . | 0.7 | $650 | $ | 455.00 |
| 8/19/23 | Email to Mr. Hasler to update him on tentative closing and clearing special exceptions in the title commitment | 0.3 | $650 | $ | 195.00 |
| 9/1/23 | Review amended title report to verify removal of special exceptions | 0.2 | $650 | $ | 130.00 |
| 9/12/26 | Review draft seller documents from ATG | 0.6 | $650 | $ | 390.00 |
| 9/12/23 | Call with Mr. Marrs to confirm buyer is prepared to close and scheduling a closing | 0.1 | $650 | $ | 65.00 |
| 9/12/23 | Call with ATG title agent to review draft seller documents and scheduling the closing . | 0.3 | $650 | $ | 195.00 |
| 9/12/23 | Email to Mr. Reid and Mr. Schonfeld to update them on buyer's readiness to close and closing date | 0.1 | $650 | $ | 65.00 |
| 9/12/23 | Email with Mr. Gagliardo to confirm his execution of the broker lien release | 0.1 | $650 | $ | 65.00 |
| 9/13/23 | Edits to draft ALTA disclosure | 0.3 | $650 | $ | 195.00 |
| 9/13/23 | Edits to draft deed | 0.4 | $650 | $ | 260.00 |
| 9/13/23 | Edits to draft 1099 disclosure and solicitation of taxpayer ID | 0.3 | $650 | $ | 195.00 |
| 9/13/23 | Edits to personal undertaking GAP | 0.3 | $650 | $ | 195.00 |
| 9/13/23 | Edits to property manager lien affidavit | 0.3 | $650 | $ | 195.00 |

LLC - Realty sale                              9

| Date | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| 9/13/23 | Edits to draft affidavit of title | 0.2 | $650 | $ | 130.00 |
| 9/13/23 | Edits to draft bill of sale | 0.4 | $650 | $ | 260.00 |
| 9/20/23 | Call with Mr. Marrs to confirm his client's acceptance of the title commitment | 0.1 | $650 | $ | 65.00 |
| 9/20/23 | Call with Angela at the Village of Maywood to confirm water bill amount and corresponding entry on the closing statement for buyer credit | 0.1 | $650 | $ | 65.00 |
| 9/20/23 | Call with Mr. Ralis, ATG title agent, to confirm remaining seller documents to execute and required edits to ALTA property manager affidavit and affidavit of title to protect the bankruptcy estate | 0.2 | $650 | $ | 130.00 |
| 9/20/23 | Review revised title commitment to reflect waiver of certain special exceptions | 0.1 | $650 | $ | 65.00 |
| 9/20/23 | Emails with Mr. Gagliardo to confirm his acknowledgement for payment of broker commission . | 0.1 | $650 | $ | 65.00 |
| 9/20/23 | Edits to title indemnity agreement | 0.4 | $650 | $ | 260.00 |
| 9/21/23 | Call with Mr. Ralis to review ATG underwriting requirements on the ALTA title indemnity agreement and why the bankruptcy trustee needs to edit the agreement to protect the bankruptcy estate | 0.3 | $650 | $ | 195.00 |
| 9/21/23 | Review commercial extended coverage affidavit that ATG sent over today for execution | 0.2 | $650 | $ | 130.00 |
| 9/21/23 | Review email from ATG – the broker needs to sign another affidavit | 0.1 | $650 | $ | 65.00 |
| 9/22/23 | Call with Mr. Ralis to review ATG underwriting requirements underlying ALTA escrow agreement to support the edits needed for protecting the bankruptcy estate | 0.1 | $650 | $ | 65.00 |
| 9/22/23 | Compare Mr. Reid's proposed edits to ALTA escrow agreement | 0.1 | $650 | $ | 65.00 |

LLC - Realty sale

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/22/23 | Emails to Mr. Reid to review ATG underwriting requirements underlying ALTA escrow agreement to support the edits needed for protecting the bankruptcy estate and adjusting our edits to the ALTA escrow agreement | 0.1 | $650 | $ 65.00 |
| 9/25/23 | Further edits to ALTA statement to fit instructions from ATG to modify trustee's revisions for protecting the bankruptcy estate (limiting verification of knowledge on unrecorded events affecting title) . | 0.3 | $650 | $ 195.00 |
| 9/25/23 | Call with Bob Ralis, ATG title agent, to review the Trustee's proposed revisions to ALTA from what ATG requested and why the Trustee requires the limitations on the representations of knowledge as to unrecorded events affecting title | 0.5 | $650 | $ 325.00 |
| 9/25/23 | Call with Mr. Reid to review edits to the Trustee's proposed reply to ATG, based upon the ATG title agent's comments | 0.1 | $650 | $ 65.00 |
| 9/25/23 | Edit ALTA to respond to ATG's requests | 0.2 | $650 | $ 130.00 |
| 9/25/23 | Review email from ATG underwriting attorney to respond to the Trustee's proposed edits to the ALTA | 0.1 | $650 | $ 65.00 |
| 9/25/23 | Email to Mr. Reid to review the proposed revisions that ATG proposed | 0.1 | $650 | $ 65.00 |
| 9/26/23 | Call with ATG closer to confirm the fees paid for the escrow and that we have submitted all documents for closing | 0.1 | $650 | $ 65.00 |
| 9/26/23 | Email to Mr. Reid on confirming the fees paid for the escrow | 0.1 | $650 | $ 65.00 |
| 10/2/23 | Call with Mr. Marrs (counsel for Maywood) that Tiffany Web has planted herself at the Village Hall, claiming that she is a representative of "the Private Trust" and that Maywood may not access Lots 5&6 and my explanation that the Trustee obtained a judgment voiding any transfer to the Private Trust | 0.2 | $650 | $ 130.00 |

LLC - Realty sale                                11

| 10/2/23 | Call with Mr. Reid to update him on the call with Mr. Marrs and discussion of the "as-is" provision in the sale agreement | 0.1 | $650 | $ | 65.00 |
| 10/3/23 | Follow-up call with Mr. Reid to discuss to discuss claim by Tiffany Web that she purchased the leasehold interest of Smiley Auto Group at Lots | 0.2 | $650 | $ | 130.00 |
| 10/20/23 | Review email from Maywood counsel querying whether the Trustee leased to Smiley Auto | 0.1 | $650 | $ | 65.00 |
| 10/27/23 | Review email from Mr. Marrs, counsel for Village of Maywood that Tiffany Webb is claiming leasehold rights in the name of Smiley Auto in Lots 5&6 and asking for background information | 0.2 | $650 | $ | 130.00 |
| 10/27/23 | Call with Mr. Reid to review information from Village of Maywood that Tiffany Webb is claiming leasehold rights in the name of Smiley Auto in Lots 5&6 | 0.6 | $650 | $ | 390.00 |
| 10/27/23 | Email to Mr. Marrs to schedule a conversation on Ms. Webb's position | 0.1 | $650 | $ | 65.00 |
| 10/27/23 | Call to Mr. Holtkamp, counsel for City of Chicago, to explain ATG is holding funds to pay City of Chicago's lien, Trustee will agree to payment of the lien face amount but not interest | 0.1 | $650 | $ | 65.00 |
| 11/6/23 | Call with Mr. Marrs to review representations by Ms. Webb as to putative written lease for Smiley Auto – Ms. Webb represented that a written lease exists, that she could not produce it, but that it "was filed with the city." | 0.3 | $650 | $ | 195.00 |
| 11/6/23 | Review information from Mr. Marrs and analyze proactive steps by the trustee that might be necessary to address possible request from Village of Maywood for background and analysis for them to respond to Ms. Webb; preserving the sale and avoiding a demand from Village of Maywood to revisit the sale | 0.6 | $650 | $ | 390.00 |
| 11/6/23 | Research to support a prospective motion that Tiffany Web is violating the automatic stay | 1.1 | $650 | $ | 715.00 |

LLC - Realty sale                                   12

| | | | | |
|---|---|---|---|---|
| 11/6/23 | Call with Mr. Ralis, ATG title agent, to review Ms. Webb's representations that a lease was filed with the city and to confirm that as the title agent he has no knowledge of any filing repository with a municipality for evidencing a ground lease (the title commitment reflected no lease | 0.6 | $650 | $ 390.00 |
| 11/7/23 | Email to outside counsel for the City of Chicago regarding need Chicago to issue a release on the lien so that the ATG escrow can be resolved and excess funds tendered to the estate | 0.1 | $650 | $ 65.00 |
| 11/7/23 | Review letter from Chicago outside counsel to confirm they will execute a release for ATG to close out the escrow account | 0.1 | $650 | $ 65.00 |
| 11/7/23 | Email to outside counsel for Chicago instructing them to issue written direction to ATG escrow that they will issue a release once they receive payment | 0.1 | $650 | $ 65.00 |
| 11/8/23 | Call with Mr. Reid to review allegations by Ms. Webb that Smiley Auto had a written lease and "filed it with the City", that the title agent agreed with me that Maywood does not archive private leases, the absence of any leasehold between the Trustee and Smiley Auto, and | 0.6 | $650 | $ 390.00 |
| 11/10/23 | Call with Joan Lowery, ATG escrow manager, to confirm her delivery of payment to Chicago and release of balance of escrow funds to the Trustee | 0.1 | $650 | $ 65.00 |
| **TOTAL BILLING** | | **46.3** | | **$ 28,780.00** |

LLC - Realty sale                              13

Exhibit E

**Bruce de'Medici**
**318 West Adams Street**
**Suite 1600**
**Chicago, Illinois 60606**

**11/10/23**

**Billing**
**Reid/Trustee  LLC 1**
**Realty Sale  Employment**

| Date | Description | Time | Rate | Amount |
|------|-------------|------|------|--------|
| 2/23/22 | Review IDPFR website to confirm Andy Gagliardo is licensed as a broker in Illinois | 0.2 | $550 | $110.00 |
| 2/23/22 | Prepare application to employ Andy Gagliardo as broker for Lots 5&6 | 0.9 | $550 | $495.00 |
| 2/23/22 | Prepare statement BR 2014 for Andy Gagliardo | 0.6 | $550 | $330.00 |
| 3/7/22 | Court - employment of Andy Gagliardo | 0.7 | $550 | $385.00 |
| | **TOTAL BILLING** | **2.4** | | **$1,320.00** |

LLC Employ broker

Exhibit F

## Bruce de'Medici
### 318 West Adams Street
### Suite 1600
### Chicago, Illinois 60606

**11/13/23**                     **Billing**
**Reid/Trustee  LLC 1**
**Fee Application**

| Date | Description | Time | Rate | Amount |
|------|-------------|------|------|--------|
| 11/11/23 | Initial draft of fee application | 1.1 | $650 | $  715.00 |
| 11/13/23 | Final revisions to fee application | 0.6 | $660 | $  390.00 |
| | **TOTAL BILLING** | **1.7** | | **$1,105.00** |

LLC Fee Application                          1